**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT LONDON**

**CIVIL ACTION NO. 6:13-47-DLB-HAI**

**ROGER L. BLANKEN** **PLAINTIFF**

**vs.** **ORDER FOR CONSOLIDATION**

**KENTUCKY HIGHLANDS**
**INVESTMENT CORPORATION, et al.** **DEFENDANTS**

*** * * * * * ***

This Order for Consolidation involves three separate lawsuits: (1) a diversity action filed with this Court on March 6, 2013 (Case No. 6:13-cv-47-DLB); (2) a petition for declaratory judgment filed with this Court on November 13, 2013 (Case No. 6:13-cv-222-DLB); and (3) a state court matter removed to the United States District Court for the Middle District of Pennsylvania on March 7, 2014 (Case No. 4:14-cv-428-MWB) and transferred to this Court on October 7, 2014 (Case No. 6:14-cv-202-DLB). The Court having noted a close relationship among the claims raised in these cases, and wishing to promote judicial efficiency,

**IT IS ORDERED** as follows:

1. *Auto-Owners Insurance Company, et al. v. Egnew, et al.,* Case No. 6:13-cv-222-DLB and *Blanken v. Kentucky Highlands Investment Corporation et al.,* Case No. 6:14-cv-202-DLB **ARE CONSOLIDATED INTO** *Blanken v. Kentucky Highlands Investment Corporation et al.*, Case No. 6:13-cv-47-DLB, for all purposes;

2. Case No. 6:13-cv-47-DLB **SHALL BE** the lead action and all further filings **SHALL BE** docketed therein; and

3. A copy of this Order shall be filed in each of the three related cases..

This 13th day of October, 2014.

**Signed By:**
***David L. Bunning*** DB
**United States District Judge**

G:\DATA\ORDERS\London\2013\13-47 Consolidation Order.wpd