UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CIVIL ACTION NO. 13-222-DLB-HAI

AUTO-OWNERS INSURANCE COMPANY
and
OWNERS INSURANCE COMPANY PLAINTIFFS

v. **FIRST AMENDED PETITION FOR DECLARATORY JUDGMENT OF AUTO-OWNERS INSURANCE COMPANY AND OWNERS INSURANCE COMPANY**

J. C. EGNEW, et al. DEFENDANTS

** ** ** ** **

Come now the Plaintiffs, Auto-Owners Insurance Company and Owners Insurance Company (hereinafter "Auto-Owners" and "Owners") by counsel, and for their First Amended Petition for Declaratory Judgment against the Defendants, J.C. and Azalie Egnew, Lloyd and Linda Moncrief, Kentucky Highlands Investment Corporation/Kentucky Highlands Development Corporation ("Kentucky Highlands Investment Corporation"), Outdoor Venture Corporation and Stearns Manufacturing, LLC ("Outdoor Venture d/b/a Stearns"), LEEP, INC., d/b/a LEEP, INC. OF KENTUCKY, and Roger L. Blanken state as follows:

1. That Auto-Owners and Owners reiterate and incorporate by reference paragraphs 1-46 as if fully set forth herein.

2. That Auto-Owners and Owners add Count II and paragraphs 47-51 as follows:

47. On February 25, 2014, Roger L. Blanken filed action no. 14-00438 in the Lycoming County, Pennsylvania Court of Common Pleas against Kentucky Highlands

Investment Corporation and Outdoor Venture d/b/a Stearns. The Pennsylvania Court of Common Pleas action was removed to the United States District Court for the Middle District of Pennsylvania on March 7, 2014 in action no. 4:14-cv-00428.

48. The claims which form the subject matter of the Pennsylvania Blanken action against Kentucky Highlands Investment Corporation and Outdoor Venture d/b/a Stearns arise from a common set of facts and the same parties as in Blanken's action no. 6:13-cv-00047 filed in the United States District Court, Eastern District of Kentucky. On March 24, 2014, Kentucky Highlands Investment Corporation and Outdoor Venture d/b/a Stearns filed a Motion to transfer venue to the United States District Court for the Eastern District of Kentucky. This Motion is submitted for decision. Blanken alleges in the Pennsylvania action: Count I-Declaration of rights that Kentucky Highlands Investment Corporation and Outdoor Venture d/b/a Stearns do not possess any right, title, or interest to the LEEPCORE inventory; Count II-Conversion of the LEEPCORE inventory by Kentucky Highlands Investment Corporation; and Count III-Replevin, wrongful seizure and detention of the LEEPCORE inventory.

49. Auto-Owners and Owners intend to and reserve their right to rely on each and every provision of the policies issued herein and hereby incorporate by reference these entire policies. (See Exhibits "C", "D", "E", and "F" to original Petition).

50. Auto-Owners and Owners are currently providing a reservation of rights defense to Kentucky Highland Investment Corporation and Outdoor Venture and its d/b/a Stearns to the underlying Pennsylvania action filed by Blanken, currently action no. 4:14-cv-00428 in the United States District Court for the Middle District of Pennsylvania, pending the outcome of this coverage action. Reservation of Rights letters were sent to Kentucky Highlands Investment Corporation and Outdoor Venture and its d/b/a Stearns on March 20, 2014.

51. Pursuant to the provisions of the above-referenced insurance policies, Auto-Owners and Owners do not owe a defense and/or indemnification to the insureds, J.C. and Azalie Egnew, Lloyd and Linda Moncrief, Kentucky Highlands Investment Corporation, and Outdoor Venture d/b/a Stearns for the claims asserted in the underlying Blanken Pennsylvania action no. 4:14-cv-00428.

WHEREFORE, Plaintiffs, Auto-Owners Insurance Company and Owners Insurance Company, by counsel, respectfully pray for:

1. A declaration of rights that they are not required to either indemnify and/or provide a defense to the claims brought in the LEEP action in Jefferson Circuit Court, Div. Two, action no. 13-CI-00086, in the Blanken action in the United States District Court, Eastern District of Kentucky, London, case no. 6:13-cv-00047, and the Blanken action in the United States District Court, Middle District of Pennsylvania, action no. 4:14-cv-00428 which form the subject matter of this action to:

   a. J.C. and Azalie Egnew under policy numbers 47-169-592-00, 47-173-955-02, 47-173-955-00;

   b. Lloyd and Linda Moncrief under policy numbers 44-930-116-01, 44-930-116-02;

   c. Kentucky Highlands Investment Corporation/Kentucky Highlands Development Corporation under policy numbers 48-727-949-00, 48-727-049-01;

   d. Outdoor Venture Corporation d/b/a Stearns Manufacturing under policy number 52392053-13;

2. For costs incurred herein; and

3. For any and all other proper relief to which Auto-Owners Insurance Company and Owners Insurance Company may be entitled.

Respectfully submitted,

SEWELL, O'BRIEN & NEAL, PLLC

/s/Peter J. Sewell_______________________________

PETER J. SEWELL
CATHERINE M. SEWELL
220 West Main Street, Suite 1800
Louisville, KY 40202-1395
Telephone: (502) 582-2030
Facsimile: (502) 561-0766
E-mail: psewell@sonlegal.com
E-mail: csewell@sonlegal.com
*Attorneys for Plaintiffs, Auto-Owners Insurance Co. and Owners Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was filed electronically with the clerk of the court, this 20th day of August, 2014 by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mr. D. Duane Cook
Mr. John M. Sosbe
Duane Cook & Associates, PLC
135 North Broadway
Georgetown, KY 40324
Telephone: (502) 570-0022
Facsimile: (502) 570-0023
E-mail: duane@duanecookandassociates.com
E-mail: john@duanecookandassociates.com
*Counsel for Defendants, J.C. Egnew, Azalie Egnew, Lloyd Moncrief, Linda Moncrief, Kentucky Highlands Investment Corporation/Kentucky Highlands Development Corporation, Outdoor Venture Corporation, and Stearns Manufacturing, LLC*

Mr. Victor B. Maddox
Mr. Daniel E. Hancock
Fultz, Maddox, Hovious & Dickens, PLC
101 S. Fifth Street
2700 National City Tower
Louisville, KY 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
E-mail: vmaddox@fmhd.com
E-mail: dhancock@fmhd.com
*Counsel for Defendant, Roger Blanken*

Mr. Laurence J. Zielke
Ms. Nancy Schook
Zielke Law Firm, PLLC
1250 Meidinger Tower
462 S. 4th Street
Louisville, KY 40202
*Counsel for Defendants, LEEP, Inc., d/b/a LEEP, Inc. of Kentucky*

/s/Peter J. Sewell________________________
PETER J. SEWELL