Eastern District of Kentucky
**FILED**

JUL 21 2016

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LONDON
CASE NO: 6:13-cv-00047-DLB
*Electronically Filed*

ROGER L. BLANKEN PLAINTIFF

v.

**AGREED ORDER OF DISMISSAL**

KENTUCKY HIGHLANDS INVESTMENT CORPORATION, ET AL. DEFENDANTS

* * * * *

Come now Plaintiff, Roger L. Blanken, by counsel; Defendants, Kentucky Highlands Investment Corp. and Outdoor Venture Corp., by counsel; and the parties being in agreement and the court being otherwise duly and sufficiently advised;

**IT IS HEREBY ORDERED** that any and all claims of Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

This is a final and appealable Order, there being no just cause for delay.

**SO ORDERED.**

21 JULY 16

**Signed By:**
***David L. Bunning***
**United States District Judge**

**Have Seen and Agreed to:**

/s/Victor B. Maddox (with permission)
Victor B. Maddox
*Counsel for Plaintiff*

/s/D. Duane Cook (with permission)
D. Duane Cook
*Co-Counsel for Defendants*

/s/John T. McGarvey (with permission)
John T. McGarvey
*Co-Counsel for Defendants*

/s/Theodore Martin (with permission)
Theodore Martin
*Co-Counsel for Outdoor Venture Corp.*

s/Deanna M. Tucker
Deanna M. Marzian Tucker
*Co-Counsel for Kentucky Highlands Investment Corp.*

/s/Walter D. Porter (with permission)
Walter Porter
*Co-Counsel for Outdoor Venture Corp.*